| | |
|---|---|
| 1 | PAMELA DAVIS (SBN: 172870) |
|   | pdavis@winston.com |
| 2 | WINSTON & STRAWN LLP |
|   | 101 California Street, 35th Floor |
| 3 | San Francisco, CA  94111-5840 |
|   | Telephone:   (415) 591-1000 |
| 4 | Facsimile:    (415) 591-1400 |
| 5 | ABBE DAVID LOWELL |
|   | adlowell@winston.com |
| 6 | WINSTON & STRAWN LLP |
|   | 1901 L Street NW |
| 7 | Washington, DC  20036 |
|   | Telephone:   (202) 282-5722 |
| 8 | Facsimile:    (202) 282-5100 |
| 9 | Attorneys for Defendant |
|   | JACK ABRAMOFF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:20-cv-04190-RS |
| Plaintiff, | **NOTICE OF WITHDRAW OF COUNSEL** |
| v. | Hon. Richard Seeborg |
| JACK ABRAMOFF, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Eric M. Meiring is no longer associated with Winston & Strawn LLP and is hereby withdrawn as counsel of record for Defendant Jack Abramoff.  Mr. Abramoff respectfully requests that Mr. Meiring be removed from all applicable service lists, including Notices of Electronic Filing.  All other counsel of record remain unchanged.

Dated:  January 15, 2021           WINSTON & STRAWN LLP

                                   By:  /s/ *Pamela Davis*
                                        PAMELA DAVIS (SBN: 172870)
                                        pdavis@winston.com
                                        WINSTON & STRAWN LLP
                                        101 California Street, 35th Floor
                                        San Francisco, CA  94111-5840
                                        Telephone:  (415) 591-1000
                                        Facsimile:  (415) 591-1400

                                        ABBE DAVID LOWELL
                                        adlowell@winston.com
                                        WINSTON & STRAWN LLP
                                        1901 L Street NW
                                        Washington, DC  20036
                                        Telephone:  (202) 282-5722
                                        Facsimile:  (202) 282-5100

                                        Attorneys for Defendant
                                        JACK ABRAMOFF